# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-885-RJC-DCK

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) G&J GENERAL CONTRACTOR, LLC, et al., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Interplead Funds" (Document No. 28) filed April 17, 2024. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

On May 29, 2024, Plaintiff filed a "...Motion For Extension Of Time To File Reply..." (Document No. 39). The undersigned granted Plaintiff's request and set a deadline of June 7, 2024. (Document No. 40). Moreover, on June 5, 2024, the Court ordered that Plaintiff shall file a reply brief in support of the "Motion To Interplead Funds" (Document No. 28) on or before **June 7, 2024**." (Document No. 43). To date, Plaintiff has failed to file a reply brief in support of its "Motion To Interplead Funds" (Document No. 28).

The Court will *sua sponte* allow Plaintiff an extension of time to file its reply brief. However, Plaintiff is respectfully advised that continued failures to abide by this Court's Orders and/or Local Rules, may result in sanctions. See LCvR 7.1(e).

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a reply brief in support of the "Motion To Interplead Funds" (Document No. 28) on or before **June 28, 2024**.

**SO ORDERED**.

_____
David C. Keesler
United States Magistrate Judge

2

Case 3:23-cv-00885-RJC-DCK   Document 47   Filed 06/20/24   Page 2 of 2