# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:23-CV-885-DCK

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, )
         )        **ORDER**
         **Plaintiff,** )
         )
   **v.** )
         )
**G&J GENERAL CONTRACTOR, LLC,  et al.,** )
         )
         **Defendants.** )
         )

**THIS MATTER IS BEFORE THE COURT** on "Travelers Casualty And Surety Company Of America's Motion To Amend Caption" (Document No. 72) filed February 26, 2026. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

By the instant motion Plaintiff seeks to "amend the caption to remove Travelers, such that the remaining case proceeds solely between Defendants as competing claimants to the Interpleaded Funds."  (Document No. 72).  Plaintiff notes that "no pending claims by or against Travelers remain in this lawsuit."  <u>Id.</u>

It is unclear to the undersigned why it is appropriate or necessary to "amend the caption" in this case.  Plaintiff does not cite any authority in support of such a request or propose what the amended caption should be.  There does not seem to be any dispute that the case is proceeding as to Defendants' competing claims.  The undersigned also notes that the motion does not appear to satisfy Local Rule 7.1(b) and none of the Defendants have filed a response.

**IT IS, THEREFORE, ORDERED** that "Travelers Casualty And Surety Company Of America's Motion To Amend Caption" (Document No. 72) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: April 2, 2026

David C. Keesler
United States Magistrate Judge